Nos. 5639 y 5640.—J. Octavio Seix & Co., Inc., aplte., v. Brockway Motor Truck Corporation of P. R. y Gómez, apldos.—C. D. San Juan. J. Octavio Seix & Co., Inc., aplte., v. Brockway Motor Truck Corporation of P. R. y Medina et als., apldos.—C. D. San Juan. Dic. 16, 1932. 

 (*J. Octavio Seix & Co., Inc.* v. *Brockway Motor Truck Corporation of P. R.*, ante pág. 238) se confirmaron las sentencias apeladas que dictó la Corte de Distrito de San Juan en estos casos.

No. 5907.—G. Llinás & Co., S. en C., aplda., v. Molini, aplte.—C. D. Ponce. Diciembre 16, 1932.

(Por la corte, a propuesta del Juez Asociado Sr. Hutchison.)

Por cuanto, el demandado fué condenado a pagar intereses a razón del doce por ciento anual sobre el capital adeudado:

Por cuanto, de la prueba practicada por la demandante se desprende que el tipo de doce por ciento convenido había sido modificado y reducido por la acreedora a diez por ciento anual, de acuerdo con las condiciones del convenio original:

Por cuanto, fuera de este detalle, las cuestiones planteadas por el apelante, tales como se presentan en el alegato, no merecen seria consideración, siendo la relación de hechos contenida en el alegato de la apelada suficiente contestación a los errores señalados:

Por tanto, se modifica la sentencia apelada en cuanto al tipo de interés especificado para que se lea diez por ciento en vez de doce por ciento, y así modificada se confirma.

No. 6083.—Pueblo, Ex Rel Torres, aplte., v. Pérez Regis, et als., apldos.—C. D. Ponce. Diciembre 23, 1932.

(Por la corte, a propueta del Juez Asociado Sr. Aldrey.)

Habiendo tenido lugar las elecciones generales en esta isla el día ocho de noviembre del presente año y habiendo cesado consiguientemente los apelados en los cargos de miembros de la Junta local de elecciones del primer precinto de Ponce, no ha lugar a resolver, por académico, el recurso, y se ordena el archivo del mismo.